No. 17,962.

JOHN SMITH *v.* PEOPLE OF THE STATE OF COLORADO.
(299 P. [2d] 120)

Decided July 2, 1956.  Rehearing denied July 16, 1956.

Mr. CHARLES S. VIGIL, for plaintiff in error.

Mr. DUKE W. DUNBAR, Attorney General, Mr. FRANK E. HICKEY, Deputy, Mr. NORMAN H. COMSTOCK, Assistant, for defendant in error.

*En Banc.*

PER CURIAM.

Judgment affirmed without written opinion.